# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1949

_____

Alicia Shakia Eaton; E.F.D., a minor,   *
by Alicia S. Eaton, his mother and   *
legal guardian; S.K.J., a minor, by   *
Alicia S. Eaton, her mother and legal   *
guardian,   *
  *
      Appellants,   *
  *   Appeal from the United States
    v.   *   District Court for the
  *   District of Minnesota.
Minnesota Attorney General's Office;   *
Hennepin County Attorney's Office;   *   [UNPUBLISHED]
Hennepin County Conciliation Court;   *
Nancy Adams, Clerk; Hennepin County   *
District Court; John Q. McShane,   *
Judge; Natividad Acevedo,   *
  *
      Appellees.   *

_____

Submitted: December 22, 2011
Filed: December 28, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Alicia Eaton, on behalf of herself and her two minor children, appeals the district court's[1] dismissal of their civil-rights complaint for failure to state a claim. After careful review, we conclude that the district court did not abuse its discretion in denying leave to amend the complaint, see Popoalii v. Corr. Med. Servs., 512 F.3d 488, 497 (8th Cir. 2008) (standard of review); and that dismissal was proper, see Federer v. Gephardt, 363 F.3d 754, 757 (8th Cir. 2004) (Fed. R. Civ. P. 12(b)(6) dismissal is reviewed de novo). Accordingly, we affirm, see 8th Cir. R. 47B, except that we modify the dismissal of any state-law claims to be without prejudice, see Labickas v. Ark. State Univ., 78 F.3d 333, 334-35 (8th Cir. 1996) (per curiam).

_____

[1]The Honorable John R. Tunheim, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

-2-